*JUDGE CASTEL*

BADIAK & WILL, LLP
Attorneys for Plaintiff
106 3RD Street
Mineola, New York 11501-4404
(516) 877-2225
Our Ref.: 07-P-009-AK

**07 CIV 8775**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------   ----------------X
THE HARTFORD FINANCIAL SERVICES
GROUP, as subrogee of DM FRAGRANCES
AND COSMETICS,

                                                         Case No.: **07 CV**  _____

                   Plaintiff,

   -against-

                                                    **RULE 7.1 STATEMENT**

C & G DELIVERY, INC., UNITED SHIPPING,
INC., and AZ CONTAINER FREIGHT STATION,
INC.,,,

                 Defendants.
------------------------------------------------------------------X

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR A PRIVATE (NON-GOVERNMENTAL) PARTY CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, SUBSIDIARIES, OR AFFILIATES OF THAT PARTY WHICH ARE PUBLICLY.

                   **SEE ATTACHED LIST**

Dated: October 3, 2007

                                                _____
                                              SIGNATURE OF ATTORNEY
                                              ALFRED J. WILL

## Organizational Structure

| AMB | COMPANY NAME | DOMICILE | %OWN |
|---|---|---|---|
| | ITT Corporation | DE | |
| | ITT Hartford Group Inc. | DE | 100 |
| 02231 | Hartford Fire Insurance Company | CT | 100 |
| 02230 | Hartford Accident and Indemnity Company | CT | 100 |
| 07285 | Hartford Life and Accident Ins. Co. | CT | 100 |
| 06518 | Hartford Life Insurance Company | CT | 100 |
| 07325 | ITT Hartford Life & Annuity Ins. Co | MN | 100 |
| 02233 | American Maturity Life Ins. Co. | CT | 100 |
| 02234 | Pacific Insurance Company, Limited | HI | 100 |
| 02706 | Sentinel Insurance Company, Ltd. | HI | 100 |
| 02229 | Nutmeg Insurance Company | CT | 100 |
| 02235 | Hartford Casualty Insurance Company | IN | 100 |
| 02232 | Twin City Fire Insurance Company | IN | 100 |
| 02610 | Hartford Underwriters Insurance Company | CT | 100 |
| 02611 | Trumbull Insurance Company | CT | 100 |
| 02612 | Hartford Insurance Company of Illinois | IL | 100 |
| 02613 | Hartford Insurance Company of the Midwest | IN | 100 |
| 85765 | Hartford Insurance Company of the Southeast | FL | 100 |
| | Hartford Insurance Company of Canada | Canada | 100 |
| 85475 | Hartford International Insurance Company | DE | 100 |
| | Zwolsche Algemeene N.V. | Netherlands | 100 |
| | Zwolsche Algemeene Europa B.V. | Netherlands | 100 |
| | Zwolsche Algemeene Verzekeringen | Netherlands | 100 |
| | Zwolsche Algemeene Schadeverzekering | Netherlands | 100 |
| | Zwolsche Algemeene Levensverzekering | Netherlands | 100 |
| | Zwolsche Algemeene Herverzekering BV | Netherlands | 100 |
| | Beleggingsmaatschapij Buizerdlaan BV | Netherlands | 100 |
| 85361 | London and Edinburgh Ins. Group, Ltd. | UK | 100 |
| 85602 | Excess Insurance Co. Ltd. | UK | 100 |
| 85643 | London and Edinburgh Ins. Co., Ltd. | UK | 100 |
| 85644 | London and Edinburgh Life Assur. Co. | UK | 100 |
| | Hartford Europe, Inc. | DE | 100 |
| | Hartford International Ins. Co. NV | Belgium | 100 |
| 02614 | Thoroughbred International Ins. Co. | Bermuda | 65.9 |
| 10777 | Hartford Lloyds Ins. Co. (partnership) | TX | 100 |
| 02187 | Property & Casualty Ins. Co. of Hartford | IN | 100 |
| 01907 | First State Insurance Company | CT | 100 |
| 02188 | New England Insurance Company | CT | 100 |
| | New England Reinsurance Corporation | CT | 100 |