# BADIAK & WILL, LLP

*Attorneys and Proctors in Admiralty*

106 THIRD STREET
MINEOLA, NY 11501-4404

TELEPHONE: (516) 877-2225
TELEFAX: (516) 877-2230/2240
E-MAIL: ADMIRALAW@AOL.COM

FLORIDA OFFICE:
BADIAK, WILL & KALLEN
17071 WEST DIXIE HIGHWAY
NORTH MIAMI BEACH, FL 33160

November 26, 2007

**MEMO ENDORSED**

ECF

Judge P. Kevin Castel
Untied States District Judge
United States Courthouse
500 Pearl Street
New York, New York 1007

RE: The Hartford Financial Services Group, as subrogee
of DM Fragrances and Cosmetics v. C & G Delivery, Inc.,
United Shipping, Inc., and AZ Container Freight Station, Inc.
Index No.: 07 Civ 8775
Our Ref.: 07-P-009-AW

Dear Honorable Sir:

We make reference to the law suit captioned above and the Notice concerning a pre-trial conference scheduled for Friday, November 30, 2007 at 11:30 a.m.

We wish to advise the Court that all three defendants have been served using the waiver of Service of Process pursuant to Rule 4, however, we have only been contacted by counsel for one defendant as of the present date.

In the event we do not hear from representatives of the other co-defendants within the next 15 days, we will utilize a process server to make personal service in order to ensure their appearance in the action.

At this time, therefore, we respectfully request an adjournment of the pre-trial conference in order that all of the parties may be present at the conference and we do not want to waste the Court's time in view of the circumstances.

Respectfully submitted,

BADIAK & WILL, LLP

ALFRED J. WILL

AJW/kl

*[Handwritten endorsement: Conference adjourned from November 30, 2008 to January 4, 2008 at 11:15a. SO ORDERED. USDJ 11-27-07]*