AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

THE HARTFORD FINANCIAL SERVICES GROUP, as subrogee of DM FRAGRANCES AND COSMETICS,
        Plaintiff,
-against-

C & G DELIVERY, INC., UNITED SHIPPING, INC. and AZ CONTAINER FREIGHT STATION, INC.,
        Defendants.

**APPEARANCE**

Case Number: 07 CIV 8775 (KPC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant UNITED SHIPPING, INC.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/26/2007 | *(signature)* |
| Date | Signature |
| | David Y. Loh      DL 0460 |
| | Print Name      Bar Number |
| | COZEN O'CONNOR, 45 Broadway Atrium, Suite 1600 |
| | Address |
| | New York      NY      10006-3792 |
| | City      State      Zip Code |
| | (212) 509-9400      (212) 509-9492 |
| | Phone Number      Fax Number |