AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

Hartford
- v -
C + G

**APPEARANCE**

Case Number: 07 CIV 8775 (PKC)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/08
```

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

C & G Delivery, Inc.

I certify that I am admitted to practice in this court.

| 1/4/2008 | | | |
|---|---|---|---|
| Date | Signature | | |
| | John Sandercock | | JS 3916 |
| | Print Name | | Bar Number |
| | LESTER SCHWAB KATZ & DWYER, LLP, 120 Broadway | | |
| | Address | | |
| | New York | NY | 10271 |
| | City | State | Zip Code |
| | (212) 341-4479 | | (212) 267-5916 |
| | Phone Number | | Fax Number |