Marc I. Kunkin (MIK4182)
SCHINDEL, FARMAN, LIPSIUS
 GARNDER & RABINOVICH LLP
14 Penn Plaza, Suite 500
New York, NY  10122
(212) 563-1710
Attorneys for Defendants, AZ Container Freight Station, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
THE HARTFORD FINANCIAL SERVICES  : Civil Action No.:
GROUP, as subrogee of DM FRAGRANCES AND : 07 CIV 8775 (Judge Castel)
COSMETICS,                       :
                                 :
            Plaintiffs,          :
                                 :
    -against-                    : **RULE 7.1 STATEMENT**
                                 :
C & G DELIVERY, INC., UNITED SHIPPING, :
INC. and AZ CONTAINER FREIGHT STATION :
INC.,                            :
                                 :
            Defendants.          :
------------------------------------x

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedures, the undersigned counsel of record for defendants, AZ CONTAINER FREIGHT STATION, INC., ("AZ"), certifies that there are no corporate parents of that party, and that no publicly held corporation owns more than 10% of the stock of that party.

Dated: January 7, 2008

                                           _____
                                              Marc I. Kunkin