COZEN O'CONNOR
45 Broadway Atrium – Suite 1600
New York, New York 10006-3792
Tel.: (212) 509-9400
David Y. Loh (DL 0460)

Attorneys for Defendant
UNITED SHIPPING, INC.
File No.: 215882

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
                                       :
THE HARTFORD FINANCIAL SERVICES        :   Docket No. 07 Civ. 8775 (PKC)(HP)
GROUP, as subrogee of DM Fragrances and :
Cosmetics;                             :
        Plaintiff,                     :
                                       :   **Rule 7.1 Disclosure**
    -against-                          :   **Of Interested Parties**
                                       :
C & G DELIVERY, INC.; UNITED SHIPPING, :
INC. and AZ CONTAINER FREIGHT STATION, :
INC.;                                  :
        Defendants.                    :
_____x

DAVID Y. LOH, attorney for defendant, United Shipping, Inc., having filed an initial pleading in the above captioned matter, makes the following disclosure to the Court pursuant to Rule 7.1 of the Local Rules for the Southern and Eastern Districts of New York:

None.

DATED:    New York, New York
          January 8, 2008

                                           COZEN O'CONNOR
                                           Attorneys for Defendant
                                           United Shipping, Inc.

                                    By:    _____
                                           David Y. Loh  (DL-0460)
                                           45 Broadway Atrium – Suite 1600
                                           New York, New York  10006
                                           (212) 509-9400

NEWYORK\279115\1  215882.000