LSK&D #: 529-7059 / 972178

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
THE HARTFORD FINANCIAL SERVICES
GROUP, as subrogee of DM FRAGRANCES         07 CV 8775 (PKC)
AND COSMETICS,

                                Plaintiff,    **STATEMENT PURSUANT
                                                                TO LOCAL CIVIL RULE
                 -against-                    7.1**

C & G DELIVERY, INC., UNITED SHIPPING,
INC., and AZ CONTAINER FREIGHT
STATION, INC.,

                              Defendants.
----------------------------------------------------------------x

      Pursuant to Local Civil Rule 7.1, C&G Delivery, Inc. identifies the following publicly-held parent corporations and publicly-held corporations that own ten percent or more of its common stock:

      None

Dated:    New York, New York
               January 18, 2008

                                      Respectfully submitted,

                                      LESTER SCHWAB KATZ & DWYER, LLP

                                      _____/s/_____
                                      John Sandercock (JS-3916)
                                      Attorneys for Defendant
                                      C&G Delivery, Inc.
                                      120 Broadway
                                      New York, New York  10271
                                      (212)  964-6611

TO:

Alfred J. Will, Esq.
BADIAK & WILL, LLP

Attorneys for Plaintiff
106 Third Street
Mineola, NY 11501-4404
(516) 877-2225

David Y. Loh, Esq.
COZEN O'CONNOR
Attorneys for United Shipping, Inc.
45 Broadway Atrium, Suite 1600
New York, NY 10006

Marc I. Kunkin, Esq.
SCHINDEL, FARMAN, LIPSIUS, GARDNER & RABINOVICH LLP
Attorneys for AZ Container Freight Station, Inc.
14 Penn Plaza, Suite 500
New York, NY 10122