UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
THE HARTFORD FINANCIAL SERVICES GROUP,
as subrogee of DM FRAGRANCES AND
COSMETICS,

                Plaintiff,

-against-

C & G DELIVERY, INC., UNITED SHIPPING, INC.,
and AZ CONTAINER FREIGHT STATION, INC.,

                Defendant(s).
----------------------------------------X

07 CV 8775 (PKC)

STIPULATION OF
DEFENDANTS'
CONSENT TO
PLAINTIFF'S
AMENDMENT
OF ITS PLEADING

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08

IT IS HEREBY STIPULATED and agreed by and between the undersigned parties that, pursuant to Rule 15 (a) (2) of the Federal Rules of Civil Procedure, plaintiff may file an Amended Complaint in the captioned case.

Dated: February 7, 2008

Cozen O'Connor
Attorneys for Defendant
UNITED SHIPPING, INC.

By: _____
    David Y. Loh (DYL-0460)
    45 Broadway Atrium, Suite 1600
    New York, New York 10006
    212-509-9400

Lester, Schwab, Katz & Dwyer, LLP
Attorneys for Co-defendant
C&G DELIVERY, INC.

By: _____
    John Sandercock (JS-3916)
    120 Broadway, 38th Floor
    New York, New York 10271
    212-964-6611

Schindel, Farman, Lipsius, Gardner &
Rabinovich, LLP
Attorneys for Co-defendant
AZ CONTAINER FREIGHT STATION, INC.

By: _____
    Marc I. Kunkin (MIK-4182)
    14 Penn Plaza, Suite 500
    New York, New York 10122
    212-563-1710

Badiak & Will, LLP
Attorneys for Plaintiff
THE HARTFORD FINANCIAL
SERVICES GROUP, a/s/o of DM
FRAGRANCES AND COSMETICS

By: _____
    Alfred J. Will (AJW-2485)
    106 Third Street
    Mineola, New York 11501
    516-877-2225

2-15-08

SO ORDERED

U.S.D.J.